# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LANCE MEADORS | * | CIVIL ACTION NO. 3:18-cv-01007 |
| | * | |
| VERSUS | * | JUDGE BRIAN A. JACKSON |
| | * | |
| ANTONIO P. D'AGOSTINO, | * | MAGISTRATE JUDGE |
| BUCHANAN HAULING AND | * | ERIN WILDER-DOOMES |
| RIGGING, INC., NATIONAL | * | |
| INTERSTATE INSURANCE | * | |
| COMPANY, and XYZ INSURANCE | * | |
| COMPANY | * | |

**************************************************************************

## PLAINTIFF'S OMNIBUS MOTION IN LIMINE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Lance Meadors, who respectfully requests that this Honorable Court grant his Omnibus Motion *in limine*, and exclude from the trial of this matter evidence of the following:

(1) Plaintiff's criminal records and convictions, because this evidence is not relevant to this personal injury case and, even if relevant, is more prejudicial than probative;

(2) Defendants' allegations that Mr. Meadors engaged in illegal drug use, including specious claims that Mr. Meadors has abused methamphetamines, because these allegations are unfounded and more prejudicial than probative;

(3) Any reference to prison or incarceration in Mr. Meadors' medical records, because it is irrelevant and more prejudicial than probative if a past injury occurred in prison;

(4) Defendants' expert orthopedic surgeon's testimony and report regarding Mr. Meadors' low back injury and treatment because his opinion is based on an unreliable source;

(5) Defendants' life care planning expert's testimony and report because her opinion is based on an unreliable medical opinion that contradicts her report; and

(6) Defendants' expert neuropsychologist from offering a medical diagnosis or opinion on medical causation because he is not a medical doctor.

For the reasons set forth more fully in the accompanying Memorandum in Support, Plaintiff urges this Court to grant his Omnibus Motion in Limine and to exclude the above-listed evidence from the trial of this matter.

Respectfully submitted:
**EGENBERG, APLC**

/s/ Bradley Egenberg
BRADLEY EGENBERG (#29848)
ZACKORY K. WOOD (#37923)
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Telephone:     (504) 229-5700
Facsimile:     (504) 617-7911
Email:          zackory@egenberg.com
***Attorneys for Plaintiff Lance Meadors***